# In the United States District Court for the Southern District of Georgia Brunswick Division


FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 10:10 am, Jul 29, 2020

VINCENT E. TUK,

    Plaintiff,

v.

VIKA LOGISTICS LLC; ARNALDO GONZALEZ; STARR INDEMNITY & LIABILITY COMPANY; US XPRESS, INC.; and MICHAEL LYNN CARTER,

    Defendants.

CV 2:19-134

### ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 49, wherein they notify the Court that they wish to dismiss all claims against Defendants Vika Logistics, LLC, Arnaldo Gonzalez, and Starr Indemnity & Liability Company with prejudice. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, all claims asserted against Defendants Vika Logistics, LLC, Arnaldo Gonzalez, and Starr Indemnity & Liability Company are **DISMISSED with prejudice**.  Each party shall bear its own fees and costs.  The Clerk is **DIRECTED** to terminate those Defendants as parties in this lawsuit.  Plaintiff's claims against Defendants U.S. Xpress, Inc. and Michael Carter remain pending.

**SO ORDERED**, this <u>29</u> day of July, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA